JANUARY 22, 1962.

No. 242. GLIDDEN COMPANY *v.* ZDANOK ET AL. Certiorari, *ante,* p. 814, to the United States Court of Appeals for the Second Circuit. The motion of *Francis M. Shea, Esquire,* for leave to participate in oral argument on behalf of the United States Court of Claims, as *amicus curiae,* is granted.

No. 479. WONG SUN ET AL. *v.* UNITED STATES. Certiorari, *ante,* p. 817, to the United States Court of Appeals for the Ninth Circuit. It is ordered that *Edward Bennett Williams, Esquire,* of Washington, D. C., a member of the bar of this Court, be, and he is hereby, appointed to serve as counsel for the petitioners in this case.

No. 612, Misc. FEATHERINGHAM *v.* OHIO ET AL. Motion for leave to file petition for writ of certiorari denied.

No. 606, Misc. EASTER *v.* ILLINOIS. Motion for leave to file petition for writ of habeas corpus denied.

No. 609, Misc. SAYAD *v.* SCHAEFER, CHIEF JUSTICE, ILLINOIS SUPREME COURT, ET AL. Motion for leave to file petition for writ of prohibition and/or mandamus denied.